1  CAROLEE G. KILDUFF, S.B. #107232
      Email: ckilduff@akk-law.com
2  ASHLEY E. RISER, S.B. #320538
      Email: ariser@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
   Attorneys for Defendant CITY OF AUBURN
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WARD, | Case No.: 2:22-cv-01996-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING CITY OF AUBURN'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CITY OF AUBURN, et al. | |
| Defendant. | |

Pursuant to E.D. Local Rule 144(a), the parties stipulate to extend the time for Defendant City of Auburn to file a responsive pleading by thirty (30) days, from December 23, 2022 to January 23, 2023.

Dated: December 20, 2022　　　　ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Carolee G. Kilduff*
　　CAROLEE G. KILDUFF
　　ASHLEY E. RISER
　　Attorneys for Defendant CITY OF AUBURN

Dated: December 20, 2022　　　　LAW OFFICES OF WILLIAM F. WRIGHT

By: */s/ William F. Wright*
　　*(As authorized on December 20, 2022)*
　　WILLIAM F. WRIGHT
　　Attorney for Plaintiff TONYA WARD

## ORDER

IT IS HEREBY ORDERED that Defendant CITY OF AUBURN's response to Plaintiff's Complaint shall be file on or before January 23, 2023.

Dated: December 20, 2022　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE