CAROLEE G. KILDUFF, S.B. #107232
  Email:  ckilduff@akk-law.com
ASHLEY E. RISER, S.B. #320538
  Email: ariser@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF AUBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WARD, | Case No.: 2:22-cv-01996-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING CITY OF AUBURN'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CITY OF AUBURN, et al. | |
| Defendant. | |

-1-
STIPULATION AND ORDER EXTENDING CITY OF AUBURN'S TIME TO RESPOND TO COMPLAINT

Whereas, the attorneys for Defendant City of Auburn are still in the process of gathering information to allow appropriate responses, admissions and denials for the numerous allegations of Plaintiff's Complaint, and

Whereas, Plaintiff has no objection to a further extension of time of two weeks for Defendant to respond to Plaintiff's Complaint,

Pursuant to E.D. Local Rule 144(a), with the Court's permission, the parties stipulate to extend the time for Defendant City of Auburn to file a responsive pleading fourteen (14) days, from January 23, 2022 to February 6, 2023.

Dated: January 20, 2023				ANGELO, KILDAY & KILDUFF, LLP

						/s/ Ashley E. Riser
						By:_____
						CAROLEE G. KILDUFF
						ASHLEY E. RISER
						Attorneys for Defendant CITY OF AUBURN

Dated: January 20, 2023				LAW OFFICES OF WILLIAM F. WRIGHT

						/s/ William F. Wright
						(As authorized on January **, 2023)
						By:_____
						WILLIAM F. WRIGHT
						Attorney for Plaintiff TONYA WARD

**ORDER**

IT IS HEREBY ORDERED that Defendant CITY OF AUBURN's response to Plaintiff's Complaint shall be filed on or before February 6, 2023.

Dated: January 20, 2023				/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE