1  CAROLEE G. KILDUFF, S.B. #107232
     Email: ckilduff@akk-law.com
2  ASHLEY E. RISER, S.B. #320538
     Email: ariser@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7
   Attorneys for Defendant CITY OF AUBURN
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**
11

12  TONYA WARD,                    )   Case No.: 2:22-cv-01996-JAM-AC
                                   )
13              Plaintiff,         )   **STIPULATION AND ORDER**
                                   )   **EXTENDING DEADLINE TO FILE**
14        vs.                      )   **JOINT STATUS REPORT**
                                   )
15  CITY OF AUBURN, et al.         )
                                   )
16              Defendant.         )
17  _____)

Whereas, the Complaint by Tonya Ward against Defendant City of Auburn was filed on November 3, 2022, and served on Defendant December 2, 2022;

Whereas, Defendant City of Auburn has an extension of time to response to Plaintifff's Complaint, has not yet filed a response to the Complaint but anticipates filing an answer on or before February 6, 2023;

Whereas, the parties have a mediation with a third party mediator scheduled for March 13, 2023, at which time the parties will attempt to settle the case and resolve all disputes between them;

Whereas, in the event the case does not settle at mediation the mediation conference will provide an opportunity for the parties to jointly draft a discovery plan, hold a rule 26 (f) discovery conference and prepare a joint status report;

The parties hereby request an extension of time to file the joint status report in this case to March 17, 2023.

| | |
|---|---|
| Dated: January 31, 2023 | ANGELO, KILDAY & KILDUFF, LLP |
| | /s/ Carolee G. Kilduff |
| | By:_____ |
| | CAROLEE G. KILDUFF |
| | ASHLEY E. RISER |
| | Attorneys for Defendant CITY OF AUBURN |
| Dated: January 31, 2023 | LAW OFFICES OF WILLIAM F. WRIGHT |
| | /s/ William F. Wright |
| | (As authorized on January 31, 2023) |
| | By:_____ |
| | WILLIAM F. WRIGHT |
| | Attorney for Plaintiff TONYA WARD |

**ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to file a Joint Status Report is extended to March 17, 2023.

Dated: January 31, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE