CAROLEE G. KILDUFF, S.B. #107232
  Email: ckilduff@akk-law.com
ASHLEY E. RISER, S.B. #320538
  Email: ariser@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF AUBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WARD, | Case No.: 2:22-cv-01996-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| CITY OF AUBURN, et al. | |
| Defendant. | |

-1-
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

On March 16, 2023, the parties notified the court of a conditional settlement. ECF No. 13. The Court issued a Minute Order requiring dispositional documents to be filed within 45 days (May 1, 2023). ECF No. 14.

The settlement has been approved by City Council and was also approved by the Board of the Joint Powers Association, NCCSIF, in mid-April, however, there was one minor amendment needed to the draft of the settlement agreement. Counsel are in the process of securing final signatures and issuing the checks. There are no issues with resolution of this case, however it has taken longer than expected to finalize the process and file dispositional documents. The parties ask the Court to extend the deadline by twenty-one (21) days, to May 22, 2023.

**SO STIPULATED.**

Dated: May 3, 2023                ANGELO, KILDAY & KILDUFF, LLP

 */s/ Carolee G. Kilduff*
By:_____
    CAROLEE G. KILDUFF
    ASHLEY E. RISER
    Attorneys for Defendant CITY OF AUBURN

Dated: May 3, 2023                LAW OFFICES OF WILLIAM F. WRIGHT

 */s/ William F. Wright*
 (as authorized on May 2, 2023)
By:_____
    WILLIAM F. WRIGHT
    Attorney for Plaintiff Tonya Ward

**ORDER**

The deadline to file dispositional documents is **EXTENDED** to **May 22, 2023**.

**SO ORDERED**.

Dated: May 03, 2023            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE